IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3468-CV-S- JTM |
| | ) |
| RICHARD EUGENE ROLLER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 19, 2011, this Court granted Plaintiff U.S. Bank National Association's Motion for Summary Judgment and ordered Plaintiff to submit a proposed order calculating and setting forth the amount owed by Defendant under the personal guaranties including credits for any and all monies received on the Indebtedness (including through a bankruptcy plan) through December 19, 2011. After a careful review of materials submitted, the Court finds that U.S. Bank National Association is entitled to damages consisting of obligations due under the Note and Guaranties, attorney fees and costs. Through December 19, 2011, there remains due and owing on the Note as follows: principal in the sum of $1,380,877.87 (which includes credits for all monies received through December 19, 2011); accrued interest in the amount of $169,591.90; late fees in the amount of $10,368.83; accruing interest at the contractual rate, and attorneys' fees and costs incurred through November 30, 2011 in the amount of $62,332.64, for a total amount of $1,623,171.24 (the "Indebtedness").

Accordingly, it is

**ORDERED** that the Clerk enter judgment in favor of Plaintiff U.S. Bank National Association and against Defendant Richard E. Roller in the amount of $1,623,171.24, plus post-judgment interest at the contractual rate. To the extent that Plaintiff U.S. Bank National Association receives any additional payment on the Indebtedness, such payments shall reduce any amount owed on the Judgment.

                                              */s/ John T. Maughmer*
                                            **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**